No. 89–7518.  IN RE FLOWERS;

No. 89–7752.  IN RE WILKERSON;

No. 89–7754.  IN RE COFIELD;

No. 90–5044.  IN RE GILL;
No. 90–5078.  IN RE SILVERBURG;
No. 90–5104.  IN RE ANTONELLI;
No. 90–5132.  IN RE BROWN;
No. 90–5218.  IN RE MCKNIGHT; and
No. 90–5333.  IN RE HARRISON.   Petitions for writs of habeas corpus denied.